# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2189 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 107 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 202416 |
| PATRICK JOSEPH BRADLEY, | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 10th day of July, 2015, upon consideration of the Recommendation of the Disciplinary Board dated July 2, 2015, it is hereby

ORDERED that Patrick Joseph Bradley is placed on temporary suspension pursuant to Pa.R.D.E. 208(f)(5), until further definitive action by this Court. It is further ORDERED that Respondent shall comply with the provisions of Pa.R.D.E. 217.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.